

IN THE
TENTH COURT OF APPEALS

No. 10-14-00339-CR

IN RE GARY DWAYNE BARNETT

Original Proceeding

## MEMORANDUM  OPINION

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed November 13, 2014
[OT06]

